IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NIKIE R. PERSONS**                                                                 **PLAINTIFF**

vs.                        **CASE NO. 4-05-CV-1483 JMM**

**CITY OF LITTLE ROCK; LITTLE ROCK
POLICE DEPARTMENT; CARLOS CORBIN,
individually and in his official capacity; DAVID
EBINGER, individually and in his official capacity;
STEVE MCCLANAHAN, individually and in his
official capacity; GLENN KING, individually and
in his official capacity and CHARLES SIMON,
individually and in his official capacity**                            **DEFENDANTS**

## AGREED PROTECTIVE ORDER

Based upon the agreement of counsel for Plaintiff and Defendants, the Court hereby enters the following Agreed Protective Order:

1. On December 18, 2006, counsel for Plaintiff faxed to defense counsel a set of interrogatories and requests for production of documents. The document requests include requests for the personnel and disciplinary records of employees of the City of Little Rock, many of which would not be available to Plaintiff even pursuant to the Arkansas Freedom of Information Act. These records contain confidential information such as social security numbers.

2. While the records described above may or may not be relevant to a decision in this case, it is clear that the records should not be disclosed or used in any fashion outside the framework of this litigation. Therefore, counsel for the parties have agreed that the information contained in the personnel and disciplinary files produced by Defendants shall be used solely for the purpose of litigating this action and that neither the documents themselves nor the information contained therein shall be disclosed as except as permitted herein.

3. Prior to producing any records requested by Plaintiff's counsel in discovery, counsel

agrees that Defendants will redact the social security numbers and driver's license numbers of the subjects of the files. Documents produced by the Defendants, and any information contained therein, may be disclosed only to Plaintiff, her attorneys, and any expert witnesses retained by her in connection with this action. The documents shall not be disclosed to any other person, partnership, firm, cooperation, or any other person or entity. The Plaintiff is strictly forbidden from disseminating any documents covered by this Order to anyone and is likewise directed not to discuss any information contained in any such documents with anyone other than those persons authorized by this Order. Plaintiff and her counsel understand and agree that a violation of this provision of the Agreed Protective Order could, upon motion by Defendants, subject Plaintiff to a finding of contempt of Court.

4. This Order does not address whether any documents produced by Defendants are admissible into evidence at the trial of this case.

5. Within thirty (30) days of the final termination of this action, including all appeals, counsel for Plaintiff shall either return all documents produced by Defendants in response to discovery requests, and any additional copies made by her, or destroy all such records and promptly serve an affidavit of destruction on Defendants' counsel attesting that she has complied with this provision of the Agreed Protective Order.

**IT IS SO ORDERED THIS 17 DAY OF JANUARY, 2007.**

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/Tracy R. Rothermel
Tracy R. Rothermel, #2003005
The Rothermel Law Firm, Inc.
300 S. Spring Street
Suite 400
Little Rock, Arkansas 72201

/s/ Bradley S. Chafin
Bradley S. Chafin, #92149
500 West Markham
Suite 310
Little Rock, Arkansas 72201
Tel: 501/371-4527

- 2 -

Tel: 501/801-1529

ATTORNEY FOR PLAINTIFF                    ATTORNEY FOR DEFENDANTS