IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NIKIE R. PERSONS**                                                                       **PLAINTIFF**

vs.                              **CASE NO. 4-05-CV-1483 JMM**

**CITY OF LITTLE ROCK; LITTLE ROCK
POLICE DEPARTMENT; CARLOS CORBIN,**
individually and in his official capacity; **DAVID
EBINGER,** individually and in his official capacity;
**STEVE MCCLANAHAN,** individually and in his
official capacity; **GLENN KING,** individually and
in his official capacity and **CHARLES SIMON,**
individually and in his official capacity                                     **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulation of Dismissal with Prejudice in the captioned case.

Pursuant to the stipulation, the Court hereby orders that the Plaintiff's Complaint and First Amended Complaint be dismissed with prejudice.

**IT IS SO ORDERED THIS   2   DAY OF   March  , 2007.**

_____
**JAMES M. MOODY**
**UNITED STATES DISTRICT JUDGE**

Prepared by:

Bradley S. Chafin, #92149
Deputy City Attorney
500 West Markham
Suite 310
Little Rock, Arkansas 72201
Tel: 501/371-4527